UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>                                      Plaintiff, <br><br> v. <br><br> MICHAEL JACKSON THOMAS, et al., <br><br>                                      Defendants. | Case No.: 24-CV-0145 W (MSB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 29]** |

Pending before the Court is the parties' Stipulation of Dismissal ("Stipulation" [Doc. 29]) with prejudice.  Because the parties seek dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court interprets the Stipulation as a joint motion [Doc. 29] and **ORDERS** the case **DISMISSED WITH PREJUDICE**, each side shall bear its own costs.

**IT IS SO ORDERED.**

Dated:  October 22, 2024

_____
Hon. Thomas J. Whelan
United States District Judge